Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 05 2008

at __1__ o'clock and __20__ min __P__ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                    Criminal No. CR 02-00177HG-08

LISA ELAINE CURRY

On 6/19/2006, the above named was placed on supervised release for a period of five (5) years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release at this time, having served two (2) years of supervision.

Respectfully submitted,

_[signature]_

MARK T. NUGENT
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 2nd day of June, 2008.

_[signature]_

HELEN GILLMOR
Chief U.S. District Judge